UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A. KYLE EVERETT,<br><br>          Plaintiff,<br><br>     v.<br><br>ART BRAND STUDIOS, LLC, et al.,<br><br>          Defendants. | Case No. 16-CV-01322-LHK<br><br>**ORDER DENYING STIPULATION TO EXTEND CLOSE OF EXPERT DISCOVERY AND SERVICE OF REBUTTAL EXPERT REPORTS**<br><br>Re: Dkt. No. 39 |

On March 29, 2017, the parties filed a stipulation to extend close of expert discovery and service of rebuttal expert reports. The parties' stipulation is hereby DENIED. The case schedule remains as set.

**IT IS SO ORDERED.**

Dated: March 30, 2017

_____
LUCY H. KOH
United States District Judge

1
Case No. 16-CV-01322-LHK
ORDER DENYING STIPULATION TO EXTEND CLOSE OF EXPERT DISCOVERY AND SERVICE OF REBUTTAL EXPERT REPORTS